HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
DANIEL WAYNE BENNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL WAYNE BENNER,<br><br>　　　　Defendant. | Case No.  2:19-cr-188 KJM<br><br>**BENNER FORMAL OBJECTIONS**<br><br>Date:　November 15, 2021<br>Time:　9:00 A.M.<br>Judge: Hon. Kimberly J. Mueller |

　　　　Mr. Daniel Benner, through counsel, makes the following objections to the Presentence Report dated October 25, 2021 filed at Doc. 52.

**1. Paragraph 28 - Pattern of Activity Under USSG §2G2.2(b)(5).**

　　　　The government, not the probation office, bears the burden of proof for any fact that would support aggravating adjustments.  *See United States v. Charlesworth*, 217 F.3d 1155, 1158 (9th Cir. 2000). Because the government bears the burden of proof, and because the government intends to abide by the stipulated Sentencing Guidelines calculations on page 9 of the Plea Agreement, which do not include the 5-level increase under USSG §2G2.2(b)(5), Mr. Benner moves to strike ¶28, the enhancement for pattern.

**2. Paragraph 30 - Number of Images Under USSG §2G2.2(b)(7)**

The government, not the probation office, bears the burden of proof for any fact that would support aggravating adjustments. *See United States v. Charlesworth*, 217 F.3d 1155, 1158 (9th Cir. 2000). Because the government bears the burden of proof, and because the government intends to abide by the stipulated Sentencing Guidelines calculations on page 9 of the Plea Agreement, which do not include the 5-level increase under USSG §2G2.2(b)(5), but a 3-level increase, Mr. Benner moves to correct ¶30 to contain a 3-level increase under USSG § (b)(7)(B) instead of a 5-level increase.

Based on the objections above, Mr. Benner's revised guidelines result in a Total Offense Level of 32.

DATED: November 1, 2021                           Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Noa E. Oren*
                                                  NOA E. OREN
                                                  Assistant Federal Defender
                                                  Attorney for DANIEL BENNER