# EXHIBIT B

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
MINUTE ORDER - HEADER/PROCEEDINGS

```
DEFENDANT NAME                                      DEF    XREF         CASE
BENNER DANIEL WAYNE                                  1   4211442    06F02081 SUP

CUSTODY STATUS: BOND
DOB:          /1986                                 DATE FILED: 06/19/2006
LEA: SACRAMENTO SHERIFF - CENTRAL DIVISION          ARREST #:
BAIL SET:     $15,000.00
BAIL POSTED:  $15,000.00                            BOND #: IW416041

PROSECUTOR: DUBKE                         DEFENSE: RADEKIN, ERIN
                                          TYPE: RET  H. Gable

SECTION(S) VIOLATED:
     11/01/2005 - 11/25/2005      (CT 1)   PC  288A(B)(1)
```

****************************************************************************
| DATE | JUDGE | DEPT | REL | CSR | PROCEEDINGS |
|------|-------|------|-----|-----|-------------|
| 071706 08:30 | RANSOM | 08 | Bud | 340 | plea/Hrg JS |

CS susp pending Succ Completion of Prob

App PO Progress Rpt Due 11-16-06 8:30 8,OTM

X PO REPORT FILED
X J&S 5 YRS X FORMAL ___ INFORMAL PROBATION
X OAL
→ 180 DAYS CJ ___ C/S ___ C/C; CTS 1 DAYS
___ SWP REC ___ WF REC, STAY _____ @RCCC
___ APPLY FROM WITHIN ___ O.R.'D TO APPLY
___ DEFT TO PAY FINE OF ___ + PA ___ + CIF ___
___ OR SERVE ___ DAYS CJ C/S; DEFT ELECTS TIME
___ DEFT ELECTS FINE ___ THRU DRR ___ PAY F/W ___
X ALL COND OF PC REPORT PAGES 12 THRU 15 mos
___ PAY PROB COSTS THRU DRR; X PROB COSTS WVD
X DEFT OTR PO W/IN 10 DAYS/HOURS OF RELEASE

(Prob)

Bail Exon

DO NOT FILE ANY DOCUMENTS EXCEPT OUTSTANDING WARRANTS ON TOP OF THIS

JICR0420/CR61A - PAGE 01