HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
DANIEL WAYNE BENNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-188 KJM |
|---|---|---|
| Plaintiff, | ) ) | **ORDER TO SEAL EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM** |
| vs. | ) ) ) | |
| DANIEL WAYNE BENNER, | ) ) | Date:  November 15, 2021 Time:  9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Kimberly J. Mueller |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit A to Defendant's Sentencing Memorandum be granted so that Mr. Benner's medical information is not available on the public docket. The records have been provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: November 15, 2021 (nun pro tunc)

_____
CHIEF UNITED STATES DISTRICT JUDGE